# Third District Court of Appeal

## State of Florida

Opinion filed June 2, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1339
Lower Tribunal No. 20-9236
_____

**Ainsley Munroe,**
Appellant,

vs.

**Darrell Coles,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Carlos H. Gamez, Judge.

Ainsley Munroe, in proper person.

Darrell Coles, in proper person.

Before FERNANDEZ, SCALES, and HENDON, JJ.

PER CURIAM.

Affirmed.